■ In the Matter of the Arbitration between EMPIRE MUTUAL INSURANCE COMPANY, Appellant, and ANN P. KONETSKY, Respondent.—Judgment, Supreme Court, New York County, entered on or about August 10, 1976, unanimously affirmed on the opinion of Fein, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Leave to appeal to the Court of Appeals is hereby granted. Concur—Stevens, P. J., Kupferman, Markewich and Yesawich, JJ.

■ JULIUS NASSO CONCRETE CORP., Plaintiff, v CAULDWELL-WINGATE COMPANY, INC., Defendant and Third-Party Plaintiff-Respondent-Appellant. CADMAN TOWERS, INC., Third-Party Defendant-Appellant-Respondent.—Order, Supreme Court, New York County, entered on September 23, 1976, unanimously affirmed for the reasons stated by Saypol, J. Third-party defendant-appellant-respondent shall recover of third-party plaintiff-respondent-appellant $60 costs and disbursements of this appeal. Order, Supreme Court, New York County, entered on September 29, 1976, unanimously affirmed for the reasons stated by Gellinoff, J. Third-party plaintiff-respondent-appellant shall recover of third-party defendant-appellant-respondent $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Birns and Nunez, JJ.

■ In the Matter of LYNNE E. MILLER, Appellant, v NEW YORK MEDICAL COLLEGE et al., Respondents.—Judgment, Supreme Court, New York County, entered on March 2, 1976, unanimously affirmed for the reasons stated by Baer, J., without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Lane and Nunez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO OSSO, Appellant.—Judgment, Supreme Court, New York County, rendered on January 29, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd [5]). No opinion. Concur—Stevens, P. J., Kupferman, Markewich and Yesawich, JJ.

■ BRETTON FABRICS CORP., Respondent, v COMMERCE & INDUSTRY INSURANCE COMPANY, Appellant.—Order, Supreme Court, New York County, entered on August 24, 1976, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Markewich and Yesawich, JJ.

■ SUSAN SILVER, Appellant, v WILLIAM SILVER, Respondent.—Order, Supreme Court, New York County, entered on April 20, 1976, unanimously affirmed for the reasons stated by Spiegel, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Kupferman, Markewich and Yesawich, JJ.